FILED

05/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0170

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0170

STATE OF MONTANA,

   Plaintiff and Appellee,

vs.

KRISTOFFER CHARLES CARLIN,

   Defendant and Appellant.

---

## GRANT

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until June 21, 2024 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 15 2024